In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB RATAFIA, an Attorney and Counselor at Law.— Application for an order amending petition granted and additional charges referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. In so far as it is sought to amend petition by affidavit without service thereof on respondent, motion denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. [See 254 App. Div. 883.]

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of W. ROSSITER REDMOND, an Attorney and Counselor at Law.— Matter referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis and Johnston, JJ.; Carswell, J., not sitting.

In the Matter of the Application of MARY A. DAY and Others for a Decree Revoking the Letters of Administration Heretofore Granted to HENRY HELLER and the Letters of Administration De Bonis Non Heretofore Granted to JOHN H. HELLER and HELENA HELLER on the Estate of MARY F. WALSH, Deceased. MARY A. DAY and Others, Appellants; JOHN H. HELLER and HELENA HELLER, as Administrators De Bonis Non, etc., of MARY F. WALSH, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

KORNELI KOLCZYNSKI, Appellant, v. FREDERICK STUART GREENE, Commissioner of the Department of Public Works of the State of New York, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

CHARLOTTE KOLODNY and HARRY KOLODNY, Respondents, v. SAMUEL KLEIN, Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. The application was not timely. (Appellate Division Rules, rule XXVI.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

JOSEPH KREBS, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY, Respondent.—Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.